RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 JAN 28 P 1:01

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

AMERICAN SOUTHERN INSURANCE COMPANY, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:13 cv 106
)
OCEAN ATLANTIC SERVICES CORPORATION, )
PFG-WESTBURY, LLC., JOHN C. CARROLL, )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PFG-Westbury, LLC
 Serve: National Registered Agents, Inc.
 Registered Agent
 200 W. Adams Street, Suite 2007
 Chicago, IL 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard T. Pledger (VSB No. 28102)
 WALLACEPLEDGER, PLLC
 7100 Forest Avenue, Suite 302
 Richmond, VA 23226-3742
 Telephone: (804) 282-8300
 Facsimile: (804) 282-2555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  _____
 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 JAN 28 P 1: 00

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| AMERICAN SOUTHERN INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 1:13 CV 106 | |
| OCEAN ATLANTIC SERVICES CORPORATION, PFG-WESTBURY, LLC., JOHN C. CARROLL, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OCEAN ATLANTIC SERVICES CORPORATION:
John C. Carroll
Registered Agent
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard T. Pledger (VSB No. 28102)
WALLACEPLEDGER, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226-3742
Telephone: (804) 282-8300
Facsimile: (804) 282-2555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*COPY*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 JAN 28 P 1:00

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

AMERICAN SOUTHERN INSURANCE COMPANY, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:13CV106
)
OCEAN ATLANTIC SERVICES CORPORATION, )
PFG-WESTBURY, LLC., JOHN C. CARROLL, )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John C. Carroll
635 First Street, Unit 401
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard T. Pledger (VSB No. 28102)
WALLACEPLEDGER, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226-3742
Telephone: (804) 282-8300
Facsimile: (804) 282-2555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
*Signature of Clerk or Deputy Clerk*